**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Charles Whitehead Jr., | Case No. 1:10-cv-02308-ODE-AJB |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Niagara Credit Solutions, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, PC

By: */s/ E. Berk Sauls*
E. Berk Sauls, Esq. (Bar No. 627059)
225 Peachtree Street, Suite 1625
Atlanta, GA 30303
Tel: 1.866.339.1156
Fax: 1.312.822.1064
ebs@legalhelpers.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

S. Nicole Sheppe Gupta, Esq.
The Spears & Robl Law Firm LLC
104 Cambridge Avenue
Decatur, Georgia 30030

*/s/ Richard J. Meier*